THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD LAFFEY,<br><br>  Defendant. | No. CR 05-305-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO MOVE FORWARD WITH EVIDENTIARY AND DISPOSITION HEARING VIA TELEPHONE IN LIEU OF IN-COURT PROCEEDING |

THIS MATTER has come before the Court on the Stipulated Motion to Move Forward with the Evidentiary and Disposition Hearing via Telephone in Lieu of In-Court Proceeding, the Court having reviewed the pleadings of the parties and the records and files, it is now therefore

ORDERED that a telephonic conference for the defendant's evidentiary and disposition hearing be scheduled for FRIDAY, APRIL 3, 2020 at 9:30 AM.

DONE this __2__ day of April, 2020.

_____
RICARDO S. MARTINEZ
CHIEF U.S. DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Richard Laffey

ORDER GRANTING STIPULATION TO MOVE
FORWARD WITH EVIDENTIARY &
DISPOSITION HEARING VIA TELEPHONE
(*US v. Richard Laffey;* CR05-305RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100